IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANNETTE K., individually and on behalf of her minor child, C.K., | CV 12-00154 HG-BMK |
| Plaintiff | |
| vs. | |
| STATE OF HAWAII  DEPARTMENT OF EDUCATION, KATHYRN MATAYOSHI, *in her official capacity as Superintendent of  the Hawaii Public Schools* | |
| Defendants. | |

_____

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 35)

Findings and Recommendation having been filed and served on all parties on June 26, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation that Plaintiff's Motion for Attorneys' Fees be Granted" (ECF No. 35)  are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: July 12, 2013, Honolulu, Hawaii.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge